P.O. Box 998026
34116



UNITED STATES POSTAL SERVICE. — Retail

**P**   US POSTAGE PAID
**$10.65**   Origin: 85257
04/13/23
0376650600-2

**PRIORITY MAIL®**

0 Lb 14.80 Oz
RDC 04

EXPECTED DELIVERY DAY: 04/15/23

SHIP TO:
SAN FRANCISCO CA 94102



USPS TRACKING® #

9505 5120 3042 3103 8323 09



**RECEIVED**

APR 17 2023

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES FEDERAL Courthouse
450 GOLDEN GATE Ave.
SAN FRANCISCO, CA 94102

ATTN. Clerk's office
16TH Floor





PRIORITY MAIL — VISIT US AT USPS.COM® — United States Postal Service® — Label 106A, Nov 2018





