UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAYER AMSCHEL ROTHSCHILD,<br><br>Plaintiff,<br><br>v.<br><br>STEPHANIE ANN GILDRED, et al.,<br><br>Defendants. | Case No. 23-cv-02105-LJC<br><br>**ORDER REQUIRING REFILING OF DECLINATION AS NOTICED MOTION PURSUANT TO CIVIL LOCAL RULE 7-2**<br><br>Re: ECF No. 31 |

On August 28, 2023, Plaintiff Mayer Amschel Rothschild[1] filed a consent to proceed before a magistrate judge pursuant to 28 U.S.C. § 636. ECF No. 15. On May 18, 2024, Mr. Rothschild filed a declination to proceed before a magistrate judge pursuant to 28 U.S.C. § 636. ECF No. 31. If Mr. Rothschild wishes to withdraw his consent to proceed before a magistrate judge, then he must file a motion to do so—he cannot withdraw his consent simply by filing a declination form. *See E.D. v. Cnty. of Contra Costa*, No. 20-CV-03014-SK (JSW), 2022 WL 1015992, at *2 (N.D. Cal. Apr. 5, 2022) ("[T]he earlier filing of the declination form did not constitute an effective withdrawal of Plaintiff's consent to magistrate jurisdiction. Rather, the court required Plaintiff to submit a motion to withdraw consent…"); *Stuckey v. Juarez*, No. 1:18-

---

[1] Plaintiff originally filed the Complaint in this action as Thomas Etienne Rothschild. ECF No. 1. On November 13, 2023, he filed a Notice of Change of Address as Mayer Amschel Rothschild. ECF No. 16. Mr. Rothschild did not submit any proof of a name change to the Court. However, he filed a similar Notice of Change of Address in the related case before the Court, *Rothschild v. The Pacific Companies*, Case No. 23-cv-01721-LJC, ECF No. 27 (Nov. 14, 2023). That Notice of Change of Address attached an Order Changing Name of An Adult from the Superior Court of Arizona in Maricopa County. *Id.*, ECF No. 27-1. The state court order shows that Mr. Rothschild's legal name is now Mayer Amschel Rothschild. The Court hereby takes judicial notice of that state court order in this action. *See U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (noting that a court can take judicial notice of proceedings and filings "in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue") (citation omitted).

cv-01557-SAB(PC), ECF No. 40, at pp. 1–2 (E.D. Cal. Mar. 19, 2020) (finding it insufficient for a plaintiff who previously consented to magistrate judge jurisdiction to withdraw consent by filing a consent form and instead requiring the plaintiff file a motion to withdraw consent).  Any motion to withdraw consent shall be a duly noticed motion governed by the procedures for motion practice as set forth in Civil Local Rule 7-2.  And such motion, if filed, will be reassigned to the general duty judge for decision for disposition when ripe.  *See Branch v. Umphenour*, 936 F.3d 994, 1003 (9th Cir. 2019) ("[O]nly a district judge may rule on a motion to withdraw consent to the jurisdiction of a magistrate judge under section 636(c)(4).")

**IT IS SO ORDERED.**

Dated: May 21, 2024

LISA J. CISNEROS
United States Magistrate Judge

2